**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO
SEOUL   SHANGHAI   SILICON VALLEY   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

**BY CM/ECF AND FEDERAL EXPRESS**                    September 28, 2018

Hon. Kevin McNulty, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re:  *United States ex rel. Perri v. Novartis Pharms. Corp. and Express Scripts, Inc.*, Civ. A. No. 15-6547 (KM)(JBC)

Dear Judge McNulty:

    This firm represents Defendant Novartis Pharmaceuticals Corporation in the above-captioned matter.

    We have enclosed for Your Honor's consideration a proposed Response to the United States Government's Statement of Interest (D.I. 35). The Government has given its consent to filing this Response.

    Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

*s/ Philip S. May*

Philip S. May

Enclosure

cc:  Counsel of Record (via CM/ECF and e-mail)